IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HALLMARK LICENSING, LLC, | |
| Plaintiff, | Case No. 25-cv-04970 |
| v. | **Judge Lindsay C. Jenkins** |
| SHOP1102721291 STORE, et al., | **Magistrate Judge Heather K. McShain** |
| Defendants. | |

**PLAINTIFF'S AGREED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

Plaintiff Hallmark Licensing, LLC ("Plaintiff" or "Hallmark"), with the consent of Defendant HOMELEX (Def. No. 23), respectfully requests that it be given leave to file its Reply in Support of its Motion for Entry of a Preliminary Injunction in excess of 15 pages. Plaintiff's Reply contains necessary substantive content that should be considered, including analysis related to the admissibility of the declarations of expert witnesses Dr. Candy Gunther Brown ("Dr. Brown") and Professor Lynn Rosenblum ("Professor Rosenblum") under Fed. R. Civ. P. 702(a), 702(b), and 702(c). Dr. Brown's and Professor Rosenblum's declarations together total 69 pages. Plaintiff's Reply also includes images from Dr. Brown's and Professor Rosenblum's declarations. Plaintiff respectfully requests that it be granted leave to file a brief 19 pages in length for the reasons stated herein.

Dated this 11th day of July 2025.          Respectfully submitted,

<div style="margin-left: 3em;">

/s/ Jennifer V. Nacht
Amy C. Ziegler
Justin R. Gaudio
Jennifer V. Nacht
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jnacht@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff Hallmark Licensing, LLC*

</div>

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 11th day of July 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to the attorneys of record in the case.

/s/ Jennifer V. Nacht
Amy C. Ziegler
Justin R. Gaudio
Jennifer V. Nacht
Madeline B. Halgren
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jnacht@gbc.law
mhalgren@gbc.law

*Counsel for Plaintiff Hallmark Licensing, LLC*