# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Hallmark Licensing, LLC

                      Plaintiff,

v.

Case No.: 1:25−cv−04970

Honorable Lindsay C. Jenkins

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Defendant Hongkong Yueqi Tech Ltd. d/b/a Homelex's opposition to a preliminary injunction is denied. The unopposed motion for excess pages [83] is granted. See the attached order for further details. Plaintiff shall submit a proposed preliminary injunction order to the court's PO Box by July 24, 2025. Assuming Defendant Homelex intends to respond to the complaint, its answer is due by August 4, 2025 and the parties are to confer and propose a fact discovery schedule by August 6, 2025. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.