**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Hallmark Licensing, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>The Partnerships and Unincorporated Associations Identified On Schedule A,<br><br>*Defendant*. | CASE NO. 25-cv-4970 |

# DECLARATION OF RUOTING MEN IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

I, Ruoting Men, declare under penalty of perjury as follows:

I am an attorney at Glacier Law LLP, representing Defendant Hongkong Yueqi Tech Ltd. d/b/a Homelex ("Defendant") in the above-entitled action. I have personal knowledge of the facts set forth in this Declaration, and if called to testify, I could and would do so competently.

1. Attached hereto as Exhibit A is a true and correct copy of an email I sent to Plaintiff's counsel, Jen Nacht, on June 20, 2025, at 11:26 PM PDT.

2. This email, titled "Re: LR 37.2 meet-and-confer - HOMELEX - Hallmark NDIL25-cv-4970; GBC 6805*161064," included an attachment titled "Defendant's Responses to Plaintiff's first set.zip".

3. Within the "Defendant's Responses to Plaintiff's first set.zip" file, under "Attachment 4 - Original Design Drafts of Jesus," are design files for "baby Jesus" and "Adult Jesus + Donkey Plush". These files represent the underlying design materials that Defendant provided to Plaintiff.

1

4. The English translations present in the exhibit were added by me after the original creation of the documents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 28, 2025.

| | |
|---|---|
| Date: July 28, 2025 | /s/ Ruoting Men |
| | Ruoting Men, Esq. |
| | GLACIER LAW LLP |
| | 41 Madison Avenue, Suite 2529 |
| | New York, NY 10010 |
| | ruoting.men@glacier.law |
| | 212-729-5049 |
| | |
| | ***Attorney for* Defendant** |