# EXHIBIT A

 Outlook

### Re: LR 37.2 meet-and-confer - HOMELEX - Hallmark NDIL25-cv-4970; GBC 6805*161064

| | |
|---|---|
| **From** | Men, Ruoting <ruoting.men@glacier.law> |
| **Date** | Fri 2025-06-20 23:26 |
| **To** | Jen Nacht <jnacht@gbc.law> |
| **Cc** | Justin Gaudio <jgaudio@gbc.law>; Madeline Halgren <mhalgren@gbc.law>; Liu, Tao <Tao.Liu@glacier.law>; Li, Jie <jie.li@glacier.law>; Wang, Wei <wei.wang@glacier.law> |

📎 [Defendant's Responses to Plaintiff's first set.zip](#)

Counsel,

Please see attached production.

Best,

**Ruoting Men | Attorney**
**Glacier Law LLP**
41 Madison Avenue, Suite 2529
New York, NY 10010
[www.glacier.law](http://www.glacier.law)
Tel: +1 (212) 729-5049
Fax: +1 (312) 801-4587

*Privilege and Confidentiality Notice*
This email is intended for the sole use of the intended recipient(s) and may contain confidential, proprietary, or privileged information. If you are not the intended recipient, you are notified that any use, review, dissemination, copying or action taken based on this message or its attachments, if any, prohibited. If you are not the intended recipient, please immediately notify the sender by replying this email and destroy or delete all copies of the original message and any attachment. Thank you.
----

**From:** Jen Nacht <jnacht@gbc.law>
**Sent:** Tuesday, June 17, 2025 12:32
**To:** Men, Ruoting <ruoting.men@glacier.law>
**Cc:** Justin Gaudio <jgaudio@gbc.law>; Madeline Halgren <mhalgren@gbc.law>; Liu, Tao <Tao.Liu@glacier.law>; Li, Jie <jie.li@glacier.law>; Wang, Wei <wei.wang@glacier.law>
**Subject:** RE: LR 37.2 meet-and-confer - HOMELEX - Hallmark NDIL25-cv-4970; GBC 6805*161064

Counsel,

Thanks for taking the time to speak with us today. As discussed, we look forward to receiving your discovery responses and counteroffer by the end of this week.

My colleague Madeline will forward the initial settlement offer to you in a separate email.

Best regards,

Jen

Jen Nacht | ATTORNEY AT LAW

200 W. Madison Street, Suite 2100 | Chicago, IL 60606 | Direct: (312) 987-2912 | Main: (312) 360.0080 | Fax: (312) 360.9315 | Email: jnacht@gbc.law | www.gbc.law

CONFIDENTIALITY NOTE This electronic mail may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is intended to be for the use of the recipients named in this mail. If you are not an intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is without authorization and is prohibited. If you receive this electronic mail in error, please notify us by return electronic mail and destroy this mail immediately. Thank you for your cooperation.



Case: 1:25-cv-04970 Document #: 97-2 Filed: 07/28/25 Page 4 of 8 PageID #:1380

| | Defendant's...rst set.zip | | Open | Share | |



# Defendant's Responses to Plaintiff's first set

| Name | Date Modified | File Size |
|---|---|---|
| 附件1-香港粤祺营业执照BR.pdf<br>Attachment 1 – Hong Kong Yueqi Business Registration Certificate.pdf | 2024-11-07 | 267 KB |
| 附件3-Temu商家行为准则.pdf<br>Attachment 3 – Temu Merchant Code of Conduct.pdf | 2025-06-20 | 227 KB |
| 附件2-蓝色耶稣<br>Attachment 2 – Blue Jesus | 2025-06-20 | |
| 附件4-耶稣原始设计稿件<br>Attachment 4 – Original Design Drafts of Jesus | 2025-06-20 | |
| Response to RFA.pdf | 2025-06-20 | 126 KB |
| Response to RFP.pdf | 2025-06-20 | 147 KB |
| Response to Rogs.pdf | 2025-06-20 | 160 KB |



Attachment 4 – Original Design Drafts of Jesus

Defendant's Responses to Plaintiff's first set  >  附件4-耶稣原始设计稿件  >  **耶稣原始文件**

Original materials of Jesus

| Name | Date Modified | File Size |
|---|---|---|
| .DS_Store | 2025-05-26 | 6.00 KB |
| baby耶稣打样.ai<br>baby Jesus Sample.ai | 2022-11-29 | 19.3 MB |
| baby耶稣打样文件时间.png<br>baby Jesus Sample File Timestamp.png | 2025-05-26 | 776 KB |
| 成人耶稣+毛驴玩偶打样.ai<br>Adult Jesus + Donkey Plush Sample.ai | 2023-09-27 | 223 MB |
| 成人耶稣与驴玩偶打样文件时间.png<br>Adult Jesus and Donkey Plush Sample File Timestamp.png | 2025-05-26 | 1.00 MB |
| 披肩耶稣和圆滚耶稣小样1219.pdf<br>Shawl Jesus and Round Jesus Sample 1219.pdf | 2023-12-19 | 154 MB |
| 披肩耶稣和圆滚耶稣小样文件时间.png<br>Shawl Jesus and Round Jesus Sample File Timestamp.png | 2025-05-26 | 601 KB |





Jesus 1219


