# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Hallmark Licensing, LLC

Plaintiff,

v.

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

Case No.:
1:25−cv−04970

Honorable Lindsay C.
Jenkins

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2025:

     MINUTE entry before the Honorable Lindsay C. Jenkins: Telephone conference held. Plaintiff's Response to Defendant Hongkong Yueqi Tech Ltd.'s d/b/a Homelex motion to stay the preliminary injunction pending appeal [97] is due by August 13, 2025; reply due by August 20, 2025. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.