# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Hallmark Licensing, LLC

                Plaintiff,

v.

Case No.: 1:25−cv−04970

Honorable Lindsay C. Jenkins

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The motion for stay of the preliminary injunction pending appeal [97] is granted. The court stays enforcement of the preliminary injunction order while the appeal is pending. See attached order for further details. As described in the attached order, the court adopts Hallmark's unopposed request that the court lift the overall stay in the case entered on July 24, 2025. [see docket entry [93].] The stay of the case [93] is lifted. Defendant Homelex's answer is due by September 11, 2025. Fact discovery should begin between the parties and by September 18, 2025, the parties are to jointly propose a discovery schedule so that the court can impose firm discovery deadlines. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.