# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Hallmark Licensing, LLC

                                            Plaintiff,

v.
                                                                      Case No.:
                                                                      1:25−cv−04970

                                                                      Honorable Lindsay C. Jenkins

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 5, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins:The motion for reconsideration [119] is partly granted. See the attached order for further details. The order issued on July 23, 2025 [91] is vacated. Assuming that Plaintiff intends to pursue a preliminary injunction, the court concludes that an evidentiary hearing is warranted. The parties should confer about witness availability and agreeable dates for an evidentiary hearing and file a joint statement by November 19, 2025 that proposes dates for an evidentiary hearing in December 2025 or January 2026. The filing should estimate the length of time needed for such a hearing, which will need to occur in person.Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.