**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Hallmark Licensing, LLC

                Plaintiff,

v.                         Case No.: 1:25−cv−04970

                        Honorable Lindsay C. Jenkins

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 21, 2025:

    MINUTE entry before the Honorable Lindsay C. Jenkins: Telephone conference held. For the reasons stated on the record, Plaintiff's motion to compel [130] is granted. In person evidentiary hearing is set for January 30, 2026, at 9:00 a.m. for one day in Courtroom 2119. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.