**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Hallmark Licensing, LLC

Plaintiff,

v.

Case No.:
1:25–cv–04970

Honorable Lindsay C.
Jenkins

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 9, 2026:

　　　　MINUTE entry before the Honorable Lindsay C. Jenkins: The parties have resolved the case so the January 30, 2026 evidentiary hearing is stricken. The motion to dismiss [124] is denied as moot. The case is dismissed with prejudice and each party will bear their own costs and attorneys' fees. Civil case terminated. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.